DOROTHY B. IVES, as Executrix, etc., of MARY B. IVES, Deceased, Respondent, v. HELEN H. BIRCK, Individually and as Executrix, etc., of LEON A. BIRCK, Deceased, Appellant, and THE BOUDEAU COMPANY, Defendant. DOROTHY B.

* Amdg. Civil Service Law, § 23. — [REP.

Ives, as Executrix of the Estate of Mary B. Ives, Deceased, Suing on Behalf of Herself and All Other Creditors of Leon A. Birck, Deceased, Who Shall Come in and Be Made Parties Hereto, and Contribute to the Costs of This Action, Respondent, v. Helen H. Birck, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.